■ SHERRY GONG et al., Appellants-Respondents, v GENGH-MUN ENG, as Coexecutor of JOHN SUN-LEUNG ENG, Deceased, Respondent-Appellant, and HOFHEIMER GARTLIR & GROSS, LLP, as Escrow Agent, Respondent, et al., Defendant. [932 NYS2d 693]—

Plaintiffs seek return of a down payment, as well as the recovery of expenses and attorneys' fees, with respect to a failed real estate transaction. There are triable issues of fact, including whether the fence and air conditioner support beams were minor encroachments that did not render title uninsurable and whether they were curable within a reasonable time. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Acosta and Abdus-Salaam, JJ.